```
FILED
June 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. 3:06-cr-0020-CMK
            Plaintiff,           )
v.                               )    ORDER FOR RELEASE OF
                                 )    PERSON IN CUSTODY
JOEL JOHN CHECK,                 )
                                 )
            Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOEL JOHN CHECK, Case No. 3:06-cr-0020-CMK, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

_X_ Unsecured Appearance Bond – $25,000 co-signed by parents

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 21, 2006 at 2:50 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge