McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-CR-0020 CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE PRELIMINARY HEARING |
| v. ) | |
| ) | DATE: August 31, 2006 |
| JOEL JOHN CHECK, ) | TIME: 2:00 p.m. |
| ) | COURT: Hon. Dale A. Drozd |
| Defendant. ) | |
| _____) | |

It is stipulated between the United States of America, through Matthew Stegman, Assistant United States Attorney, and defendant JOEL JOHN CHECK, by and through his counsel, David W. Dratman, that the preliminary hearing currently set for August 3, 2006, at 2:00, be vacated and that a status conference be set for August 31, 2006, at 2:00 p.m.

The parties are continuing to discover reports and evidence in the case and an alleged silencer is in the process of being tested by ATF. The defendant would like to know the results of this test and review discovery prior to a preliminary hearing. In addition, the parties are working toward a possible resolution in this case.
/////

1

Due to the above discovery process, the time between August 3, 2006, and August 31, 2006, should be excluded from the Speedy Trial Act computation within which an information or indictment must be filed, for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and local code T4.  Further, the defendant consents to an extension of the time limits in Federal Rules of Criminal Procedure, Rule 5.1, for a speedy preliminary hearing.

DATED: August 1, 2006                McGREGOR W. SCOTT
                                     United States Attorney


                                      /s/ Matthew Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney



DATED: August 1, 2006
                                      /s/ David W. Dratman
                                     DAVID W. DRATMAN
                                     Attorney for Defendant
                                     JOEL JOHN CHECK

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 1, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE



Ddad1/orders.criminal/check0020.stipord

2