1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    CR. No. S-06-CR-0020 CMK
                                 )
12                Plaintiff,     )    STIPULATION AND ORDER TO
                                 )    CONTINUE PRELIMINARY HEARING
13      v.                       )
                                 )    DATE: August 31, 2006
14 JOEL JOHN CHECK,              )    TIME: 2:00 p.m.
                                 )    COURT: Hon. Dale A. Drozd
15                Defendant.     )
   _____)
16

17      It is stipulated between the United States of America, through
18 Matthew Stegman, Assistant United States Attorney, and defendant
19 JOEL JOHN CHECK, by and through his counsel, David W. Dratman, that
20 the preliminary hearing currently set for August 31, 2006, at 2:00,
21 be vacated and that a status conference be set for October 12, 2006,
22 at 2:00 p.m.
23      The parties are continuing to discover reports and evidence in
24 the case and the defendant's attorney needs time to review the
25 report of testing by ATF of the alleged silencer.  The defendant
26 would like to know the results of this test and review discovery
27 prior to a preliminary hearing.  In addition, the parties are
28 working toward a possible resolution in this case.

                                  1

Due to the above discovery process, the time between August 31, 2006, and October 12, 2006, should be excluded from the Speedy Trial Act computation within which an information or indictment must be filed, for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and local code T4.  Further, the defendant consents to an extension of the time limits in Federal Rules of Criminal Procedure, Rule 5.1, for a speedy preliminary hearing.

DATED: August 29, 2006          McGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney



DATED: August 29, 2006
                                 /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JOEL JOHN CHECK


**O R D E R**

**IT IS SO ORDERED.**

DATED: August 29, 2006.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE




Ddad1/orders.criminal/check0020.stipord(2)

2