```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S-06-CR-0020 CMK
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER TO
                                 )   CONTINUE PRELIMINARY HEARING
13       v.                      )
                                 )   DATE:  October 12, 2006
14  JOEL JOHN CHECK,             )   TIME:  2:00 p.m.
                                 )   COURT: Hon. Kimberly J. Mueller
15              Defendant.       )
    _____)
16
```

17       It is stipulated between the United States of America, through
18  Matthew Stegman, Assistant United States Attorney, and defendant
19  JOEL JOHN CHECK, by and through his counsel, David W. Dratman, that
20  the status conference currently set for October 12, 2006, at 2:00,
21  be continued to December 7, 2006, at 2:00 p.m.
22       The parties are continuing to discover reports and evidence in
23  the case and the defendant's attorney needs time to review the
24  report of testing by ATF of the alleged silencer.  The defendant
25  would like to know the results of this test and review discovery
26  prior to a preliminary hearing.  In addition, the parties are
27  working toward a possible resolution in this case.
28

Due to the above discovery process, the time between October 12, 2006, and December 7, 2006, should be excluded from the Speedy Trial Act computation within which an information or indictment must be filed, for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and local code T4.  Further, the defendant consents to an extension of the time limits in Federal Rules of Criminal Procedure, Rule 5.1, for a speedy preliminary hearing.

DATED: October 11, 2006            McGREGOR W. SCOTT
                                   United States Attorney

                                    /s/ Matthew Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney


DATED: October 11, 2006
                                    /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   JOEL JOHN CHECK


**O R D E R**

Based on the stipulation of the parties, and good cause therefore showing, the status conference currently set for October 12, 2006, at 2:00, is continued to December 7, 2006, at 2:00 p.m. **IT IS SO ORDERED.**

DATED: October 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE