1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )    CR. No. S-06-CR-0020 CMK
                                )
12           Plaintiff,         )    STIPULATION AND ORDER TO
                                )    CONTINUE STATUS CONFERENCE AND
13      v.                      )    PRELIMINARY HEARING
                                )
14 JOEL JOHN CHECK,             )    DATE: December 7, 2006
                                )    TIME: 2:00 p.m.
15           Defendant.         )    COURT: Hon. Edmund F. Brennan
   _____)

   It is stipulated between the United States of America, through Matthew Stegman, Assistant United States Attorney, and defendant JOEL JOHN CHECK, by and through his counsel, David W. Dratman, that the status conference currently set for December 7, 2006, at 2:00, be continued to January 19, 2007, at 2:00 p.m.

   The defendant's attorney has recently been given additional discovery. He has just recently finished a two months long jury trial, and needs time to review the additional discovery with the defendant. In addition, the parties are working toward a possible resolution in this case.

   Due to the above, the time between December 7, 2006, and January 19, 2007, should be excluded from the Speedy Trial Act

1

1 computation within which an information or indictment must be filed,
2 for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv)
3 and local code T4.  Further, the defendant consents to an extension
4 of the time limits in Federal Rules of Criminal Procedure, Rule 5.1,
5 for a speedy preliminary hearing.

DATED: December 5, 2006         McGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney


DATED: December 5, 2006
                                 /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JOEL JOHN CHECK


**O R D E R**

**IT IS SO ORDERED.**

DATED: December 5, 2006
                                _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE