DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOEL JOHN CHECK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL JOHN CHECK,<br><br>Defendant. | CR. No. S-06-CR-0020 CMK<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION<br><br>DATE: March 16, 2007<br>TIME:  2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
|---|---|

It is stipulated between the United States of America, through Matthew Stegman, Assistant United States Attorney, and defendant, Joel John Check, by and through his counsel, David W. Dratman, that the preliminary examination currently set for March 16, 2007, at 2:00 p.m., be continued to April 19, 2007, at 2:00 p.m.  Mr. Check has previously waived his right to a speedy preliminary examination; and, that waiver continues.

The defendant's attorney has reviewed discovery, conducted case investigation, and has further issues to investigate before the preliminary examination.  In addition, the parties are working toward a possible resolution in this case.

Due to the above, the time between March 16, 2007, and April 19, 2007, should be excluded from the Speedy Trial Act computation within which an information or indictment must be filed, for attorney preparation, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and local code T4.  Further, the defendant consents to an extension of the time limits in Federal Rules of Criminal Procedure, Rule 5.1,

for a speedy preliminary hearing.

DATED: March 13, 2007

McGREGOR W. SCOTT
United States Attorney

 /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

DATED: March 13, 2007

 /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOEL JOHN CHECK

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 13, 2007.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE