McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>JOEL JOHN CHECK, )<br>)<br>      Defendant. )<br>_____) | CASE NO. 06-CR-0020 CMK<br><br><br>MOTION TO DISMISS<br>COMPLAINT AND ORDER |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P., submits this motion to dismiss without prejudice the complaint filed in this case against JOEL JOHN CHECK on June 14, 2006.

DATED: April 18, 2007    McGREGOR W. SCOTT
                                  United States Attorney

                            By:  /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: April 18, 2007.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/check0020.ord